DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ABDIEL REYES RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1918

————————————————

February 20, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.